**2009–1958. State v. Hamilton.**
Montgomery App. No. 22895, 2009-Ohio-4602. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 3 of the court of appeals' Decision and Entry filed October 18, 2009:
    "May an indictment which does not contain all the elements of an offense be amended to include an

omitted mens rea element that was not presented to the grand jury?"

The conflict case is *State v. Rice,* Hamilton App. No. C–080444, 2009-Ohio-1080.

Sua sponte, cause consolidated with 2009–1878, *State v. Hamilton,* Montgomery App. No. 22895, 2009-Ohio-4602.